UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-285-MOC-DCK

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA *ex rel.* JENNIFER RUNGE and CANDACE MEEK, <br><br> Plaintiffs/Relators, <br><br> v. <br><br> CAROMONT HEALTH INC. GASTONIA MEDICAL SPECIALTY CLINIC, P.A., ANUP BANERJEE, and JOSEPH YANDEL, <br><br> Defendants. | **ORDER** |

The United States and State of North Carolina, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), and the North Carolina False Claims Act, N.C.G.S. § 1-608(b)(4), the Court rules as follows:

**IT IS ORDERED** that:

1. The Relator's Complaint, the Governments' Joint Notice of Election to Decline, and this Order shall be unsealed;

2. If Relator elects to proceed with this action pursuant to pursuant to 31 U.S.C. § 3730(c)(3) and/or N.C. Gen. Stat. § 1-609(f), Relator shall serve the complaint on Defendants within 90 days of this order;

3. All other current contents of the Court's file in this action remain under seal and are not to be made public or served upon the Defendants, except for the Complaint, this Order and the Government's Notice of Election to Decline Intervention, which the Relator will serve upon the Defendants only after service of the Complaint.

1

4. The seal be lifted on all other matters occurring in this action after the date of this Order;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Governments, as provided for in 31 U.S.C. § 3730(c)(3) and N.C. Gen. Stat. § 1-609(f). The Governments may order any deposition transcripts and are entitled to intervene in that part of the action, for good cause, at any time;

6. The parties shall serve all notices of appeal upon the Governments;

7. All orders of this Court shall be sent to the Governments; and that

8. Should the Relator or Defendant(s) propose this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the Governments before ruling or granting its approval.

**IT IS SO ORDERED**.

Signed: March 19, 2024

Max O. Cogburn Jr
United States District Judge